**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:16-cv-61274-UU

LUIS SIERRA,

    Plaintiff,

v.

2621 HIATUS LLC,

    Defendant.

_____/

**ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

    THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

    On July 13, 2016, this Court ordered Plaintiff to file his Motion for Final Default Judgment against Defendant, supported by affidavits and other documentation and a proposed Final Order by Monday, July 18, 2016.  D.E. 7.  In the Order, the Court cautioned that failure to comply with the Order would result in the immediate dismissal of the action without further notice.  *Id.*  To date, Plaintiff has failed to comply with this Court's Order.  Accordingly, it is hereby

    ORDERED AND ADJUDGED that all pending claims against Defendant are DISMISSED without prejudice.  It is further

    ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf